FILED

# United States District Court

MAY - 4 2005

___MIDDLE___ DISTRICT OF ___ALABAMA___

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

UNITED STATES OF AMERICA

v.

MORGAN CHIGAWA,
MALIK ELAWAD

**CRIMINAL COMPLAINT**

CASE NUMBER: 3:05 MJ 66-CSC

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __May 2, 2005,__ in __Russell__ county, in the __Middle__ District of __Alabama__ defendant(s) did, (Track Statutory Language of Offense)

by force and violence and by intimidation, take, from the person and presence of another, property and money and any thing of value belonging to, and in the care, custody, control, management and possession of, any bank, and in committing and in attempting to commit said offense, assault any person and put in jeopardy the life of any person by the use of a dangerous weapon and device; and, during and in relation to any crime of violence for which the person may be prosecuted in a court of the United States, used a firearm, or who, in furtherance of said crime, possessed a firearm,

in violation of Title __18__ United States Code, Section(s) __2113(a) & (d), 924(c)(1)(A)__

I further state that I am a(n) Special Agent with the Federal Bureau of Investigation and that this complaint is based on the following facts:
                                             Official Title

See attached Affidavit which is incorporated by reference herein

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

May 4, 2005                                    at    Montgomery, Alabama
Date                                                  City and State

SUSAN RUSS WALKER, U.S. MAGISTRATE JUDGE    _____
Name & Title of Judicial Officer                              Signature of Judicial Officer

FILED

MAY - 4 2005

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

MIDDLE DISTRICT OF ALABAMA

MONTGOMERY, ALABAMA

UNITED STATES OF AMERICA    )
                            )
VS.                         )
                            )
MORGAN CHIGAWA;             )
MALIK ELAWAD                )
                            )

AFFIDAVIT

Being duly sworn, Affiant swears and affirms the following to the best of his knowledge and belief:

      This affidavit is in support of a Complaint and Arrest Warrant charging MORGAN CHIGAWA and MALIK ELAWAD, both adults, with violation of 18 United States Code, Section 2113(a)(d) (Armed Bank Robbery), and 924(c) (Use of a Firearm in the Commission of a Felony).

      The facts supporting this request are as follows:

      Affiant, Paul B. Houston, is employed as a Special Agent with the Federal Bureau of Investigation, and has been so employed for approximately 17 years. As part of my duties, I investigate robberies of banking institutions insured by the Federal Deposit Insurance Corporation (FDIC), and have investigated over 300 such robberies.

      On Monday, May 2, 2005, I was summoned to the Regions Bank, located at 3548 Highway 280/431 North in Phenix

1

City, Russell County, Alabama, an institution whose deposits are insured by the FDIC, to investigate a robbery which had occurred at that location shortly before closing time same date. Upon arrival at the bank, I learned through officers of the Phenix City, Alabama, Police Department, that two young black males had entered the bank and stood briefly in line before both brandished weapons, and one of the two fired a shot through the teller counter, which hole I personally saw. At least one of the subjects then leapt the teller counter, while both demanded money and brandished their weapons, shouting obscenities and physically threatening the employees. The bank employees complied with the robbers' demands, and the robbers stuffed United States currency into bags, before leaving the bank through the front door.

On Tuesday, May 3, 2005, I received copies of handwritten statements of several of the above-mentioned witnesses, pertaining to the May 2, 2005 robbery of the Regions Bank as described above, from Captain Jim Hart of the Phenix City Police Department, which supplemented the general statements given me by the on-scene officers. Those statements reflect in part as follows:

Tamara Ovdenk, an employee of Regions Bank, 3548 Highway 280/431 North in Phenix City, Russell County, Alabama, advised that she was at her place of employment when a short black male entered the bank and stood in line. The subject thereafter approached her teller window and indicated

a desire to open an account, to which she responded that he would have to see another employee. The subject stared at Ms. Ovdenk, and she heard another employee scream. The subject then produced a weapon and fired a shot before leaping onto and over the teller counter, while "screaming, Bitch, give me the money." Ms. Ovdenk complied with the subject's demands, producing United States currency from her teller drawer, and the subject grabbed currency from her drawer as well and told her to open her second drawer. Ms. Ovdenk also noted a second subject in the bank as well, who approached her and yelled at her along with the first subject. The second subject took currency from Ms. Ovdenk's teller drawer as well. Ms. Ovdenk noted that the shorter of the two subjects had a noticeable "foreign accent", and that the subjects placed stolen currency into a purple or lavender pillow case.

Jennifer Jenkins, an employee of Regions Bank, 3548 Highway 280/431 North in Phenix City, Russell County, Alabama, advised in her statement that she heard employee Candace Collins (Candy) screaming along with a gunshot. Ms. Jenkins saw bank customers run out the bank, and she noted that a black male wearing a mask and brandishing a gun left Candy's office and pointed the weapon at her. The subject pointed his gun at her and told her to get down, and when she complied, subject dragged her out of her office by the shirt while pointing the gun at the back of her head. The subject continued screaming at her to stay down, saying words to the

1  effect, "Don't make me kill you!" The subject returned to
2  her again and held the gun to her head, telling her to stay
3  calm, and then she saw the two subjects run out of the bank.
4
5       On Monday, May 2, 2005, affiant personally
6  interviewed a Regions Bank customer, Gregory N. Harrison, who
7  advised that he had just pulled into bank's parking lot and
8  was almost immediately outside the front door of the bank in
9  his vehicle, when he saw two young black males run out of the
10 bank with guns and money in a bag. Harrison described the
11 subjects as being in their early 20s, maybe younger, one
12 being noticeably taller than the other, the taller being
13 5'11", 160 - 165 lbs, light complected, wearing all black
14 clothing, a ball cap and some sort of scarf over his face
15 which fell down as he moved. Harrison said he noticed
16 something white under one of the subject's dark clothing such
17 as undergarments of some sort. The taller subject carried a
18 large, dark semi-automatic weapon, possibly a large handgun
19 or small assault-style weapon, which appeared to be wrapped
20 in something, in his right hand with his left hand apparently
21 supporting the front portion of the weapon as well. Harrison
22 thought this taller subject had "corn rows" in his hair,
23 though he wore a baseball cap.
24
25      Harrison described the second, shorter subject as
26 being a black male in his early 20's or younger, 5'7" - 5'9",
27 155-160 lbs, slightly darker in complexion than the taller
28 subject, who also wore black clothing and a baseball cap.

The shorter subject was carrying a small, dark handgun in his right hand, as well as what Harrison perceived to be money in a garbage bag in his left hand. Harrison advised that this subject also had what appeared to be a pink or red towel draped over the bag of money.

Harrison said the two subjects strode past his vehicle and looked directly at him before entering a tan or gold late-model Mazda Protege, which was backed into a parking space away from, but generally facing, the bank. Harrison surmised the two had just robbed the bank, so he followed the vehicle away from the bank at a distance, and dialed 9-1-1 from his cellular telephone. Harrison noted that the vehicle did not initially have any license plate affixed to it, but as he continued following the vehicle, he saw it back out of a construction site on Lakewood Drive with Georgia license plate 711 XWH affixed. Harrison advised he was so close to the vehicle he could see the two subjects from the bank inside, the passenger looking back at him. Harrison continued following the Mazda to Summerville Road, onto which the vehicles turned left. Harrison continued following the vehicle until the general area of Pierce Road, at which time he lost sight of the vehicle due to the heavy traffic in the area combined with the aggressive driving of maneuvers of the Mazda. Harrison noted that he was on the cellular telephone with the 9-1-1 operator nearly the entire time.

On Tuesday, May 3, 2005, I spoke with FBI SA Christian L. Deeb, who had accompanied me to the Regions Bank in response to the above-described, May 2, 2005 robbery of same. He advised that he had spoken with Chris Hudgins, Regions Bank Fraud Investigator, who had responded to the robbery, and that Hudgins advised him that the total loss in United States currency as a result of the robbery was $10,848.50.

As a part of my investigation, I met with numerous law enforcement officials from various FBI offices in Georgia, primarily Columbus, Atlanta, and Macon, as well as numerous officers from the Columbus, Georgia Police Department. In summary, these officials advised me that following the above-described robbery, a law-enforcement bulletin describing the robbery events, to include the description of the Mazda bearing Georgia license 711 XWH, was broadcast to local law enforcement. Thereafter, Columbus, Georgia Police Department detectives located the vehicle at the Peachtree Mall in Columbus, Georgia. Shortly after its discovery, four black males in a second vehicle pulled alongside the Mazda, parked, and got out of their vehicle. At this same time, two black males left the mall, approached them and exchanged greetings, while moving toward the Mazda. When the Columbus Police Department officers approached and ordered the individuals to the ground, the four males who had just arrived complied immediately, while the two walking toward the Mazda fired upon the officers, striking one

officer at least twice before fleeing the scene in the Mazda.

During the late night hours of Monday, May 2, 2005, reporting agent was present at the Columbus Police Department, Columbus, Georgia, when a series of bank surveillance photographs depicting the above-described robbery was delivered to investigators. One of these photographs which depicts the two subjects inside the bank was shown by FBI SA Tom Class of the Columbus FBI Office, to Heather Lowe Taylor. Ms. Taylor is a 20 year old female, who is the principal driver of the gold Mazda, Georgia license 711 XWH, the vehicle being owned by her parents. Ms. Taylor advised SA Class that at about 11:00 a.m., Monday, May 2, 2005, she was at the residence of Shane Neal and MORGAN CHIGAWA, 2419 Martha's Loop, Columbus, Georgia, when MALIK ELAWAD asked to borrow the Mazda to take Hassan Elawad, his brother, home. Ms. Taylor allowed MALIK ELAWAD to borrow the vehicle, and MALIK ELAWAD, Hassan Elawad, and MORGAN CHIGAWA left the residence. The vehicle was never returned. Ms. Taylor viewed the bank robbery surveillance photograph from the Regions Bank robbery earlier same date, and positively identified MORGAN CHIGAWA as being the shorter of the two robbers. Ms. Taylor could not be certain of the identity of the second robber, but said it could be MALIK ELAWAD or Hassan Elawad.

Late in the night of Monday, May 2, 2005, or early in the morning of Tuesday, May 3, 2005, FBI SA Randy Allen

1  interviewed Gamal Elawad, MALIK ELAWAD's brother. Gamal
2  advised that he saw MALIK ELAWAD wearing dark clothing and
3  tennis shoes at the family residence sometime around 11:00
4  a.m. to noon that same day. SA Allen showed Gamal the same
5  Regions Bank surveillance photograph described above, and
6  Gamal positively identified the taller of the two robbers as
7  his brother, MALIK ELAWAD, and the shorter of the two as
8  MORGAN CHIGAWA. He advised that MALIK ELAWAD has been
9  associating with MORGAN CHIGAWA since the first of the year,
10 as both attend Columbus State University.

12     Late in the night of Monday, May 2, 2005, or early
13 in the morning of Tuesday, May 3, 2005, FBI SA Mike Thompson
14 of the Macon, Georgia FBI Office, interviewed Ayman Elawad,
15 MALIK ELAWAD's brother. During the course of interview,
16 Thompson showed Ayman the same Regions Bank robbery
17 surveillance photograph as mentioned above, and Ayman
18 positively identified the taller of the two subjects as his
19 brother, MALIK ELAWAD, and the shorter of the two as MORGAN
20 CHIGAWA.

22     Late in the night of Monday, May 2, 2005, or early
23 in the morning of Tuesday, May 3, 2005, FBI SA Gordon Hurley
24 interviewed Christoffer Shane Neal, residence address 2419
25 Martha's Loop, Columbus, Georgia, and showed him the same
26 Regions Bank robbery surveillance photograph as mentioned
27 above. Neal positively identified MORGAN CHIGAWA as being
28 the shorter of the two robbers, and advised that he has known

CHIGAWA for about eight to nine months, and has lived with him for the past two weeks. Neal positively identified MALIK ELAWAD as being the taller of the two robbers inside the bank. Neal noted that MALIK ELAWAD had borrowed Heather Taylor's Mazda earlier same date to take his (MALIK's) brother Hassan Elawad home, and that MORGAN had evidently left with them, though he did not actually see them enter the vehicle. Neal voluntarily consented to a search of his residence, during which search a black laptop computer case belonging to MORGAN CHIGAWA was located which contained, inter alia, eleven rounds of .38 caliber hollow point ammunition.

On Tuesday, May 3, 2005, at approximately 1:15 p.m., FBI SA Gordon Hurley received a telephone call from Sammy Taylor, Heather Taylor's father, who advised that minutes earlier Heather had received a telephone call from MALIK ELAWAD who apologized for not returning her car, saying the car had sustained a flat tire. When Heather became upset and said she knew what had happened with the car, MALIK hung up the phone and has neither returned the vehicle nor called again.

Based on the above information, I believe probable cause exists to believe that MORGAN CHIGAWA and MALIK ELAWAD committed an armed bank robbery on Monday, May 2, 2005, of the Regions Bank located at 3548 Highway 280/431 North in Phenix City, Russell County, Alabama, utilizing a firearm

during the commission of the crime, all in violation of 18 United States Code, Section 2113(a) and (d), Armed Bank Robbery, and 18 United States Code, Section 924(c), use of a firearm in the commission of a crime of violence.

_____
Paul B. Houston
Special Agent
Federal Bureau of Investigation
Opelika, Alabama

Subscribed and sworn to before me this\_\_\_\_\_day of May, 2005.

_____
U.S. Magistrate Judge