**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO:3:05-MJ-66-CSC** |
| | ) | |
| **MALIK ELAWAD** | ) | |

**NOTICE OF APPEARANCE**

**COMES NOW** the undersigned counsel, Christine A. Freeman, and enters her appearance as counsel for **MALIK ELAWAD** in the above-styled matter.

Dated this 23rd day of May 2005.

Respectfully submitted,

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

                                                s/Christine A. Freeman  
**CHRISTINE A. FREEMAN**  
**TN BAR NO.: 11892**  
Attorney for Defendant  
Federal Defenders  
Middle District of Alabama  
201 Monroe Street , Suite 407  
Montgomery, AL 36104  
TEL:  (334) 834-2099  
FAX:  (334) 834-0353  
E-Mail: Christine_Freeman@fd.org