# United States District Court
## Northern District of Georgia
2211 United States Courthouse
75 Spring Street, SW
Atlanta, Georgia 30303-3361

RECEIVED

2005 MAY 23  A 8: 35

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Luther D. Thomas
Clerk of Court

(404) 215-1361

May 19, 2005

Clerk's Office:

Rule 40 proceedings were held in this district on May 18, 2005 regarding MALIK

ELAWAD, N.D.Ga. Case No. 1:05-MJ-602, your Case No. 3:05-MJ-66-CSC.  Enclosed

are our documents of said proceedings.


If you have any questions, please call the Magistrate Courtroom Deputies' Office

at (404) 215-1361.


Sincerely,

Sonya Coggins
Deputy Clerk

Enclosure

AO 94 (10/82) Commitment to Another District (Rule 40, FRCrP)

**RECEIVED**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

2005 MAY 23  A  9: 35

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

UNITED STATES OF AMERICA,

**COMMITMENT TO ANOTHER DISTRICT**

vs.

MALIK ELAWAD,

CASE NO. 1:05-MJ-602

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAY 1 8 2005

Charges against the defendant are filed based upon a(n):

☐ indictment     ☐ information     ☒ complaint     ☐ other (specify) LUTHER D. THOMAS, Clerk
By: _____
Deputy Clerk

charging a violation of **Title 18, United States Code, Section(s) 2113(a) & (d), 924(c)(1)(A)**

| | |
|---|---|
| **DISTRICT OF OFFENSE:** | Middle District of Alabama |
| **DATE OF OFFENSE:** | May 2, 2005 |
| **DESCRIPTION OF CHARGES:** | BANK ROBBERY |
| **BOND IS FIXED AT:** | $ |

ATTEST: A TRUE COPY
CERTIFIED THIS

MAY 1 8 2005

Luther D. Thomas, Clerk
By: _____
Deputy Clerk

**TO:    THE UNITED STATES MARSHAL**

You are hereby commanded to take custody of the above-named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

Dated at Atlanta, Georgia this 18TH day of May, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

---

## RETURN

This commitment was received and executed as follows:

| | |
|---|---|
| **Date Commitment Order Received:** | |
| **Place of Commitment:** | |
| **Date Defendant Committed:** | |
| **Date:** | |
| **United States Marshal:** | |
| **(By) Deputy Marshal:** | |

**MAGISTRATE'S CRIMINAL MINUTES** RECEIVED    **FILED IN OPEN COURT**
**REMOVALS (RULE 40)**    DATE: May 18, 2005 @ 2:40pm

2005 MAY 23  A 9: 35    TAPE: 05-21 @ 836
    TIME:___2___ Hrs. _____ Mins.

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

MAGISTRATE Linda T. Walker, PRESIDING    Sonya Coggins, DEPUTY CLERK
CASE NUMBER 1:05-MJ-602    DEFENDANT'S NAME Malik Elawad
AUSA Candiss Howard    DEFENDANT'S ATTY Natasha Silas
USPO Candice Logan    Type Counsel (circle)   Retained    **FDP**

_____ Initial appearance hearing held.
_____ Defendant informed of rights.
_____ ORDER appointing Federal Defender Program attorney for defendant.
_____ ORDER appointing _____ attorney for defendant.
_____ ORDER defendant shall pay attorney's fees as follows: _____
_____    _____

__X__ Identity Hearing HELD. Court finds that the Government has established that
    the    Defendant is more likely than not the person that is named in the
    complaint and whom the court has preliminarily found probable cause to bind
    over to the District Court in which the allegations are alleged.
_____ Defendant WAIVES preliminary hearing (____ In this district only).  WAIVER
FILED.
_____ Removal hearing set/reset/cont to _____ @ _____
___.
__X__ Preliminary/Removal hearing HELD.
__X__ Order finding Probable Cause.  Defendant held to District Court for removal to
        other district.
_____ Order defendant identified as named defendant in indictment/complaint.
Defendant    held to be removed to other district.
_____ Order defendant removed to other district.  Commitment issued _____
_____ Miscellaneous: _____
_____

## BOND/PRETRIAL DETENTION HEARING

_____ Government Motion for DETENTION filed.
__X__ Bond/Pretrial DETENTION hearing held.
_____ Pretrial detention hearing set for _____. (__ In charging
district)
_____ (___VERBAL) Motion to reduce bond GRANTED.
_____ (___VERBAL) Motion to reduce bond DENIED.
__X__ Pretrial DETENTION ORDERED.  (Written order to follow ____X____).

_____ BOND FILED.  Defendant RELEASED.
_____ BOND NOT EXECUTED.  DEFENDANT TO REMAIN IN MARSHAL'S CUSTODY.

**WITNESSES:**

**Paul Houston, FBI, SWORN, TESTIFIED**

**Salawad Elawad, SWORN, TESTIFIED**

_____

_____

_____

_____

_____

_____

_____

_____

**EXHIBITS:**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA          )
                                  )      CRIMINAL ACTION NO.:
        V.                        )      1:05-MJ-0602
                                  )
MALIK ELAWAD                      )

## CONSENT ORDER CONTINUING DETENTION HEARING

Before the Court is the defendant's request to continue his detention hearing beyond the

five days allotted to the defendant under Title 18, United States Code § 3142(f). The defendant

has provided several reasons for his request, namely the need to coordinate travel arrangements

for a number of out of district witnesses and the need for counsel in this district to coordinate

representation with counsel in the charging district. The Government has indicated that it does

not object to the granting of defendant's request to postpone the hearing until Tuesday, May 17,

2005.

Upon consideration of the defendant's motion and the Government's consent, the Court

finds that the reasons for defendant's request constitute good cause as contemplated by the statute

and hereby orders that the detention hearing along with the preliminary hearing and the identity

hearing in the above-captioned matter is continued until May 17, 2005 at 3:00pm before the

Honorable Linda T. Walker.

So ordered this 12th day of May, 2005.

/s/_____
JANET F. KING
UNITED STATES MAGISTRATE JUDGE

Presented by:                                      Consented to by:

V. Natasha Perdew Silas                            Candiss Howard
Staff Attorney                                     Assistant United States Attorney
Federal Defender Program, Inc.                     600 Richard B. Russell Building
1700 The Equitable Building                        75 Spring Street
100 Peachtree Street                               Atlanta, Georgia 30303
Atlanta, Georgia 30303                             (404) 581-6000
(404) 688-7530
natasha_silas@fd.org

Attorney for Mr. Elawad                            Attorney for the United States

ORIGINAL

**MAGISTRATE'S CRIMINAL MINUTES**
**REMOVALS (RULE 40)**

**FILED IN OPEN COURT**
DATE: _5/6/05_ @ _3:30_
TAPE: _05-17_ @ _1118_
TIME:_____ Hrs. _5_ Mins.

MAGISTRATE _Linda T. Walker_ PRESIDING _Sonya Coggins_ DEPUTY CLERK

CASE NUMBER _1:05-MJ-602_    DEFENDANT'S NAME _Malik Elawad_
AUSA _Candiss Howard_    DEFENDANT'S ATTY _Natasha Silas_
USPO _____    Type Counsel (circle)  Retained  CJA  **FDP**

____✓ Initial appearance hearing held.
____✓ Defendant informed of rights.
____✓ ORDER appointing Federal Defender Program attorney for defendant.
_____ ORDER appointing _____ attorney for defendant.
_____ ORDER defendant shall pay attorney's fees as follows: _____
_____
_____ Defendant WAIVES removal hearing (as to IDENTITY only).  WAIVER FILED.
_____ Defendant WAIVES preliminary hearing (___ In this district only).  WAIVER FILED.
____✓ Removal hearing set/reset/cont to _5/12/05_    @ _2:00pm_ .
_____ Removal hearing HELD.
_____ Order finding Probable Cause.  Defendant held to District Court for removal to
       other district.
_____ Order defendant identified as named defendant in indictment/complaint.  Defendant
       held to be removed to other district.
_____ Order defendant removed to other district.  Commitment issued _____
____✓ Miscellaneous: _Identity hrg. set for 5/12/05 @ 2:00pm_
                    **BOND/PRETRIAL DETENTION HEARING**

_____ Government Motion for DETENTION filed.
_____ Bond/Pretrial DETENTION hearing held.
____✓ Pretrial detention hearing set for _5/12/05 @ 2:00pm_ . (_ In charging district)
_____ (___VERBAL) Motion to reduce bond GRANTED.
_____ (___VERBAL) Motion to reduce bond DENIED.
_____ Pretrial DETENTION ORDERED.  (Written order to follow _____).
_____ BOND SET at $_____ .
       _____ NON-SURETY
       _____ SURETY/CASH: _____ Property Acceptable: _____ Corporate Surety Only
       _____ Combination: _____
_____ SPECIAL CONDITIONS:_____
       _____
       _____
       _____
_____ BOND FILED.  Defendant RELEASED.
_____ BOND NOT EXECUTED.  DEFENDANT TO REMAIN IN MARSHAL'S CUSTODY.



**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAY **0 6** 2005

THOMAS, Clerk

By: _____
Deputy Clerk

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

MALIK ELAWAD,

       Defendant.

CASE NO. 1:05-MJ-602

## ORDER  APPOINTING  COUNSEL

NATASHA SILAS

The above-named defendant has testified under oath or has filed with the Court

an affidavit of financial status and hereby satisfied this Court that he or she is financially

unable to employ counsel.

Accordingly, the **FEDERAL DEFENDER PROGRAM, INC.**, is hereby appointed

to represent this defendant in the above-captioned case unless relieved by an Order of

this Court or by Order of the Court of Appeals.

Dated at Atlanta, Georgia this 6TH day of May, 2005.

UNITED STATES MAGISTRATE JUDGE

ORIGINAL

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAY **0 6** 2005

LUTHER D. THOMAS, Clerk
By: _Cadren_
Deputy Clerk

UNITED STATES OF AMERICA,

vs.

MALIK ELEWAD

**ORDER OF TEMPORARY DETENTION**
**PENDING HEARING PURSUANT**
**TO BAIL REFORM ACT**

CASE NO.  1:05-MJ-602

Upon motion of the Government, it is **ORDERED** that a detention hearing is set for [1]

May 12, 2005 at 2:00 p.m. before United States Magistrate Judge , U.S. Courthouse,

Richard B. Russell Building, 16th Floor, Courtroom 5, 75 Spring Street, S.W., Atlanta,

Georgia 30303.

Pending this hearing, the defendant shall be held in custody by the United States

Marshal and produced for the hearing.

Dated at Atlanta, Georgia this _____ day of June, 2002.

_[signature]_

UNITED STATES MAGISTRATE JUDGE

---

[1]If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant.  18 U.S.C. 3142(f)(2).
    A hearing is required whenever the conditions set forth in 18 U.S.C. 3142(f) are present.  Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate; or attempt to threaten, injure, or intimidate a prospective witness or juror.

# *United States District Court*

_____**MIDDLE**_____ DISTRICT OF _____**ALABAMA**_____

UNITED STATES OF AMERICA

v.

MALIK ELAWAD

**WARRANT FOR ARREST**

*1:05-MJ-602*

CASE NUMBER: *3:05 MJ 66-CSC*

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Malik Elawad_____

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

by force and violence and by intimidation, take, from the person and presence of another, property and money and any thing of value belonging to, and in the care, custody, control, management and possession of, any bank, and in committing and in attempting to commit said offense, assault any person and put in jeopardy the life of any person by the use of a dangerous weapon and device; and, during and in relation to any crime of violence for which the person may be prosecuted in a court of the United States, used a firearm, or who, in furtherance of said crime, possessed a firearm,

in violation of Title _____18_____ United States Code, Section(s) _____2113(a) & (d), 924(c)(1)(A)_____

SUSAN RUSS WALKER                        U.S. MAGISTRATE JUDGE
Name of Issuing Officer                         Title of Issuing Officer

Signature of Issuing Officer                   MAY 4, 2005    MONTGOMERY, ALABAMA
                                               Date and Location

(By) Deputy Clerk

Bail fixed at $_____          by_____
                                               Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

# *United States District Court*

_____ __MIDDLE__ _____ DISTRICT OF _____ __ALABAMA__ _____

UNITED STATES OF AMERICA

v.

MORGAN CHIGAWA

## WARRANT FOR ARREST

CASE NUMBER: *3:'05 MJ 66-CSC*

To:  The United States Marshal
    and any Authorized United States Officer

      YOU ARE HEREBY COMMANDED to arrest _____ Morgan Chigawa _____
                                                    Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

by force and violence and by intimidation, take, from the person and presence of another, property and money and any thing of value belonging to, and in the care, custody, control, management and possession of, any bank, and in committing and in attempting to commit said offense, assault any person and put in jeopardy the life of any person by the use of a dangerous weapon and device; and, during and in relation to any crime of violence for which the person may be prosecuted in a court of the United States, used a firearm, or who, in furtherance of said crime, possessed a firearm,

in violation of Title _____ 18 _____ United States Code, Section(s) _____ 2113(a) & (d), 924(c)(1)(A) _____

| | |
|---|---|
| SUSAN RUSS WALKER | U.S. MAGISTRATE JUDGE |
| Name of Issuing Officer | Title of Issuing Officer |
| _Signature_ | MAY 4, 2005   MONTGOMERY, ALABAMA |
| Signature of Issuing Officer | Date and Location |

_____
(By) Deputy Clerk

Bail fixed at $_____ by_____
                                             Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

**FILED**

# *United States District Court*

MAY - 4 2005

_____**MIDDLE**_____    **DISTRICT OF** _____**ALABAMA**_____

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

UNITED STATES OF AMERICA

**CRIMINAL COMPLAINT**

v.

MORGAN CHIGAWA,
MALIK ELAWAD

CASE NUMBER: *3:05 MJ 66-CSC*

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __May 2, 2005,__ in __Russell__ county, in the __Middle__ District of __Alabama__ defendant(s) did, (Track Statutory Language of Offense)

by force and violence and by intimidation, take, from the person and presence of another, property and money and any thing of value belonging to, and in the care, custody, control, management and possession of, any bank, and in committing and in attempting to commit said offense, assault any person and put in jeopardy the life of any person by the use of a dangerous weapon and device; and, during and in relation to any crime of violence for which the person may be prosecuted in a court of the United States, used a firearm, or who, in furtherance of said crime, possessed a firearm,

in violation of Title __18__ United States Code, Section(s) __2113(a) & (d), 924(c)(1)(A)__

I further state that I am a(n) __Special Agent with the Federal Bureau of Investigation__ and that this complaint is based on the following facts:                    Official Title

See attached Affidavit which is incorporated by reference herein

Continued on the attached sheet and made a part hereof:    ☒ Yes   ☐ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

__May 4, 2005__                    at   __Montgomery, Alabama__
Date                                        City and State

__SUSAN RUSS WALKER, U.S. MAGISTRATE JUDGE__
Name & Title of Judicial Officer            Signature of Judicial Officer

FILED

MAY - 4 2005

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

MIDDLE DISTRICT OF ALABAMA

MONTGOMERY, ALABAMA

UNITED STATES OF AMERICA )
)
VS. )
)
MORGAN CHIGAWA; )
MALIK ELAWAD )
)

## AFFIDAVIT

Being duly sworn, Affiant swears and affirms the following to the best of his knowledge and belief:

This affidavit is in support of a Complaint and Arrest Warrant charging MORGAN CHIGAWA and MALIK ELAWAD, both adults, with violation of 18 United States Code, Section 2113(a)(d) (Armed Bank Robbery), and 924(c) (Use of a Firearm in the Commission of a Felony).

The facts supporting this request are as follows:

Affiant, Paul B. Houston, is employed as a Special Agent with the Federal Bureau of Investigation, and has been so employed for approximately 17 years. As part of my duties, I investigate robberies of banking institutions insured by the Federal Deposit Insurance Corporation (FDIC), and have investigated over 300 such robberies.

On Monday, May 2, 2005, I was summoned to the Regions Bank, located at 3548 Highway 280/431 North in Phenix

1

1  City, Russell County, Alabama, an institution whose deposits
2  are insured by the FDIC, to investigate a robbery which had
3  occurred at that location shortly before closing time same
4  date.  Upon arrival at the bank, I learned through officers
5  of the Phenix City, Alabama, Police Department, that two
6  young black males had entered the bank and stood briefly in
7  line before both brandished weapons, and one of the two fired
8  a shot through the teller counter, which hole I personally
9  saw.  At least one of the subjects then leapt the teller
10 counter, while both demanded money and brandished their
11 weapons, shouting obscenities and physically threatening the
12 employees.  The bank employees complied with the robbers'
13 demands, and the robbers stuffed United States currency into
14 bags, before leaving the bank through the front door.

15

16      On Tuesday, May 3, 2005, I received copies of
17 handwritten statements of several of the above-mentioned
18 witnesses, pertaining to the May 2, 2005 robbery of the
19 Regions Bank as described above, from Captain Jim Hart of the
20 Phenix City Police Department, which supplemented the general
21 statements given me by the on-scene officers.  Those
22 statements reflect in part as follows:

23

24      Tamara Ovdenk, an employee of Regions Bank, 3548
25 Highway 280/431 North in Phenix City, Russell County,
26 Alabama, advised that she was at her place of employment when
27 a short black male entered the bank and stood in line.  The
28 subject thereafter approached her teller window and indicated

2

1   a desire to open an account, to which she responded that he
2   would have to see another employee. The subject stared at
3   Ms. Ovdenk, and she heard another employee scream.  The
4   subject then produced a weapon and fired a shot before
5   leaping onto and over the teller counter, while "screaming,
6   Bitch, give me the money." Ms. Ovdenk complied with the
7   subject's demands, producing United States currency from her
8   teller drawer, and the subject grabbed currency from her
9   drawer as well and told her to open her second drawer.  Ms.
10  Ovdenk also noted a second subject in the bank as well, who
11  approached her and yelled at her along with the first
12  subject.  The second subject took currency from Ms. Ovdenk's
13  teller drawer as well.  Ms. Ovdenk noted that the shorter of
14  the two subjects had a noticeable "foreign accent", and that
15  the subjects placed stolen currency into a purple or lavender
16  pillow case.

17

18          Jennifer Jenkins, an employee of Regions Bank, 3548
19  Highway 280/431 North in Phenix City, Russell County,
20  Alabama, advised in her statement that she heard employee
21  Candace Collins (Candy) screaming along with a gunshot.  Ms.
22  Jenkins saw bank customers run out the bank, and she noted
23  that a black male wearing a mask and brandishing a gun left
24  Candy's office and pointed the weapon at her.  The subject
25  pointed his gun at her and told her to get down, and when she
26  complied, subject dragged her out of her office by the shirt
27  while pointing the gun at the back of her head.  The subject
28  continued screaming at her to stay down, saying words to the

3

1    effect, "Don't make me kill you!"  The subject returned to
2    her again and held the gun to her head, telling her to stay
3    calm, and then she saw the two subjects run out of the bank.

4

5         On Monday, May 2, 2005, affiant personally
6    interviewed a Regions Bank customer, Gregory N. Harrison, who
7    advised that he had just pulled into bank's parking lot and
8    was almost immediately outside the front door of the bank in
9    his vehicle, when he saw two young black males run out of the
10   bank with guns and money in a bag.  Harrison described the
11   subjects as being in their early 20s, maybe younger, one
12   being noticeably taller than the other, the taller being
13   5'11", 160 - 165 lbs, light complected, wearing all black
14   clothing, a ball cap and some sort of scarf over his face
15   which fell down as he moved.  Harrison said he noticed
16   something white under one of the subject's dark clothing such
17   as undergarments of some sort.  The taller subject carried a
18   large, dark semi-automatic weapon, possibly a large handgun
19   or small assault-style weapon, which appeared to be wrapped
20   in something, in his right hand with his left hand apparently
21   supporting the front portion of the weapon as well.  Harrison
22   thought this taller subject had "corn rows" in his hair,
23   though he wore a baseball cap.

24

25         Harrison described the second, shorter subject as
26   being a black male in his early 20's or younger, 5'7" - 5'9",
27   155-160 lbs, slightly darker in complexion than the taller
28   subject, who also wore black clothing and a baseball cap.

4

1   The shorter subject was carrying a small, dark handgun in his
2   right hand, as well as what Harrison perceived to be money in
3   a garbage bag in his left hand.  Harrison advised that this
4   subject also had what appeared to be a pink or red towel
5   draped over the bag of money.

6

7          Harrison said the two subjects strode past his
8   vehicle and looked directly at him before entering a tan or
9   gold late-model Mazda Protege, which was backed into a
10  parking space away from, but generally facing, the bank.
11  Harrison surmised the two had just robbed the bank, so he
12  followed the vehicle away from the bank at a distance, and
13  dialed 9-1-1 from his cellular telephone.  Harrison noted
14  that the vehicle did not initially have any license plate
15  affixed to it, but as he continued following the vehicle, he
16  saw it back out of a construction site on Lakewood Drive with
17  Georgia license plate 711 XWH affixed.  Harrison advised he
18  was so close to the vehicle he could see the two subjects
19  from the bank inside, the passenger looking back at him.
20  Harrison continued following the Mazda to Summerville Road,
21  onto which the vehicles turned left.  Harrison continued
22  following the vehicle until the general area of Pierce Road,
23  at which time he lost sight of the vehicle due to the heavy
24  traffic in the area combined with the aggressive driving of
25  maneuvers of the Mazda.  Harrison noted that he was on the
26  cellular telephone with the 9-1-1 operator nearly the entire
27  time.

28

5

1    On Tuesday, May 3, 2005, I spoke with FBI SA

2  Christian L. Deeb, who had accompanied me to the Regions Bank

3  in response to the above-described, May 2, 2005 robbery of

4  same.  He advised that he had spoken with Chris Hudgins,

5  Regions Bank Fraud Investigator, who had responded to the

6  robbery, and that Hudgins advised him that the total loss in

7  United States currency as a result of the robbery was

8  $10,848.50.

9

10    As a part of my investigation, I met with numerous

11  law enforcement officials from various FBI offices in

12  Georgia, primarily Columbus, Atlanta, and Macon, as well as

13  numerous officers from the Columbus, Georgia Police

14  Department.  In summary, these officials advised me that

15  following the above-described robbery, a law-enforcement

16  bulletin describing the robbery events, to include the

17  description of the Mazda bearing Georgia license 711 XWH, was

18  broadcast to local law enforcement.  Thereafter, Columbus,

19  Georgia Police Department detectives located the vehicle at

20  the Peachtree Mall in Columbus, Georgia.  Shortly after its

21  discovery, four black males in a second vehicle pulled

22  alongside the Mazda, parked, and got out of their vehicle.

23  At this same time, two black males left the mall, approached

24  them and exchanged greetings, while moving toward the Mazda.

25  When the Columbus Police Department officers approached and

26  ordered the individuals to the ground, the four males who had

27  just arrived complied immediately, while the two walking

28  toward the Mazda fired upon the officers, striking one

1   officer at least twice before fleeing the scene in the Mazda.

2

3          During the late night hours of Monday, May 2, 2005,

4   reporting agent was present at the Columbus Police

5   Department, Columbus, Georgia, when a series of bank

6   surveillance photographs depicting the above-described

7   robbery was delivered to investigators.  One of these

8   photographs which depicts the two subjects inside the bank

9   was shown by FBI SA Tom Class of the Columbus FBI Office, to

10  Heather Lowe Taylor.  Ms. Taylor is a 20 year old female, who

11  is the principal driver of the gold Mazda, Georgia license

12  711 XWH, the vehicle being owned by her parents.  Ms. Taylor

13  advised SA Class that at about 11:00 a.m., Monday, May 2,

14  2005, she was at the residence of Shane Neal and MORGAN

15  CHIGAWA, 2419 Martha's Loop, Columbus, Georgia, when MALIK

16  ELAWAD asked to borrow the Mazda to take Hassan Elawad, his

17  brother, home.  Ms. Taylor allowed MALIK ELAWAD to borrow the

18  vehicle, and MALIK ELAWAD, Hassan Elawad, and MORGAN CHIGAWA

19  left the residence.  The vehicle was never returned.  Ms.

20  Taylor viewed the bank robbery surveillance photograph from

21  the Regions Bank robbery earlier same date, and positively

22  identified MORGAN CHIGAWA as being the shorter of the two

23  robbers.  Ms. Taylor could not be certain of the identity of

24  the second robber, but said it could be MALIK ELAWAD or

25  Hassan Elawad.

26

27          Late in the night of Monday, May 2, 2005, or early

28  in the morning of Tuesday, May 3, 2005, FBI SA Randy Allen

1   interviewed Gamal Elawad, MALIK ELAWAD's brother.  Gamal

2   advised that he saw MALIK ELAWAD wearing dark clothing and

3   tennis shoes at the family residence sometime around 11:00

4   a.m. to noon that same day.  SA Allen showed Gamal the same

5   Regions Bank surveillance photograph described above, and

6   Gamal positively identified the taller of the two robbers as

7   his brother, MALIK ELAWAD, and the shorter of the two as

8   MORGAN CHIGAWA.  He advised that MALIK ELAWAD has been

9   associating with MORGAN CHIGAWA since the first of the year,

10  as both attend Columbus State University.

11

12          Late in the night of Monday, May 2, 2005, or early

13  in the morning of Tuesday, May 3, 2005, FBI SA Mike Thompson

14  of the Macon, Georgia FBI Office, interviewed Ayman Elawad,

15  MALIK ELAWAD's brother.  During the course of interview,

16  Thompson showed Ayman the same Regions Bank robbery

17  surveillance photograph as mentioned above, and Ayman

18  positively identified the taller of the two subjects as his

19  brother, MALIK ELAWAD, and the shorter of the two as MORGAN

20  CHIGAWA.

21

22          Late in the night of Monday, May 2, 2005, or early

23  in the morning of Tuesday, May 3, 2005, FBI SA Gordon Hurley

24  interviewed Christoffer Shane Neal, residence address 2419

25  Martha's Loop, Columbus, Georgia, and showed him the same

26  Regions Bank robbery surveillance photograph as mentioned

27  above.  Neal positively identified MORGAN CHIGAWA as being

28  the shorter of the two robbers, and advised that he has known

1   CHIGAWA for about eight to nine months, and has lived with

2   him for the past two weeks.  Neal positively identified MALIK

3   ELAWAD as being the taller of the two robbers inside the

4   bank.  Neal noted that MALIK ELAWAD had borrowed Heather

5   Taylor's Mazda earlier same date to take his (MALIK's)

6   brother Hassan Elawad home, and that MORGAN had evidently

7   left with them, though he did not actually see them enter the

8   vehicle.  Neal voluntarily consented to a search of his

9   residence, during which search a black laptop computer case

10   belonging to MORGAN CHIGAWA was located which contained,

11   inter alia, eleven rounds of .38 caliber hollow point

12   ammunition.

13

14        On Tuesday, May 3, 2005, at approximately 1:15

15   p.m., FBI SA Gordon Hurley received a telephone call from

16   Sammy Taylor, Heather Taylor's father, who advised that

17   minutes earlier Heather had received a telephone call from

18   MALIK ELAWAD who apologized for not returning her car, saying

19   the car had sustained a flat tire.  When Heather became upset

20   and said she knew what had happened with the car, MALIK hung

21   up the phone and has neither returned the vehicle nor called

22   again.

23

24        Based on the above information, I believe probable

25   cause exists to believe that MORGAN CHIGAWA and MALIK ELAWAD

26   committed an armed bank robbery on Monday, May 2, 2005, of

27   the Regions Bank located at 3548 Highway 280/431 North in

28   Phenix City, Russell County, Alabama, utilizing a firearm

1  during the commission of the crime, all in violation of 18

2  United States Code, Section 2113(a) and (d), Armed Bank

3  Robbery, and 18 United States Code, Section 924(c), use of a

4  firearm in the commission of a crime of violence.

5

6

7

Paul B. Houston

8  Special Agent
   Federal Bureau of Investigation

9  Opelika, Alabama

10  Subscribed and sworn to before me this_____day of May, 2005.

11

12

13  U.S. Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

10